S. HATA SHOTEN, LTD., ET AL. v. UNITED STATES

No. 5096.—Invoices dated Osaka, Japan, July 27, 1935, Yokohama, Japan,
August 10, 1934, etc.
Certified July 29, 1935, August 10, 1934, etc.
Entered at Honolulu, T. H., August 8, 1935, Hilo, T. H., August 25,
1934, etc.
Entry Nos. 289, A-21, etc.

(Decided January 20, 1941)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiffs.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*,
special attorney), for the defendant.

OLIVER, Presiding Judge: The appeals to reappraisement, listed in
schedule A, attached to my decision herein and made a part hereof,
have been stipulated and submitted for decision by counsel for the
parties hereto.

In harmony with the stipulation, I find the export value, as that
value is defined in section 402 (d) of the Tariff Act of 1930, is the
proper basis for the determination of the values of the merchandise
involved herein, the invoiced descriptions of which are marked A
on the invoices and initialed by the respective examiners, and that
such values are the unit invoiced values, plus packing and cases as
invoiced, there being no higher foreign value.

As to all other merchandise the appeals, having been abandoned,
are hereby dismissed.

Judgment will be rendered accordingly.